UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONTERIA NAJUDA ROBINSON,<br>             Plaintiff,<br><br>vs.<br><br>WILLIAM SAULS, STEVE SCHRECKENGOST, STEVE O'HARE, DANIEL DOYLE, KRISTOPHER HUTCHENS, DANIEL DURAND, JOSHUA MAUNEY, ERIC HEINZE, JOHN DOE POLICE OFFICER, UNKNOWN JOHN DOE EAST POINT GEORGIA POLICE OFFICERS 1-10, CITY OF ATLANTA, FULTON COUNTY, CLAYTON COUNTY, FAYETTE COUNTY SHERIFF BARRY H. BABB, CITY OF EAST POINT, SANTEZ KINDRED, PAMELA J. DOYLE, UNITED STATES OF AMERICA, AND CITY OF ATLANTA,<br>             Defendants. | CIVIL ACTION FILE<br><br>NO.  1:18-cv-0131-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendants' Motions for Summary Judgment, and the court having granting said motions, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 30th day of March, 2021.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                                By:  s. D .Barfield
                                                     Deputy Clerk

Prepared, Filed, and Entered in
the Clerk's Office
March 30, 2021
James N. Hatten Clerk
of Court

By: s/ D. Barfield
Deputy Clerk