UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISON

| | |
|---|---|
| MONTERIA NAJUDA ROBINSON, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 1:18-cv-131-TCB |
| v. ) | |
| ) | |
| WILLIAM SAULS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

Plaintiff, Monteria Najuda Robinson, through counsel and pursuant to Rule 4 of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the Eleventh Circuit. Plaintiff appeals **all** Orders, including, but not limited to, all dispositive orders such as Summary Judgment orders.

Respectfully submitted this 13th day of April 2021,

/s/MARIO B. WILLIAMS
Mario B. Williams
GA Bar No. 235254

**WILLIAMS OINONEN LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 254-0442 / (404) 935-9391 FAX
mwilliams@ndh-law.com
mario@goodgeorgialawyer.com
*Counsel for Plaintiff*

1 | P a g e

2 | P a g e

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF APPEAL** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all counsel of record.

Respectfully submitted this 13th day of April 2021,

/s/MARIO B. WILLIAMS
Mario B. Williams
GA Bar No. 235254

**WILLIAMS OINONEN LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 254-0442 / (404) 935-9391 FAX
mwilliams@ndh-law.com
mario@goodgeorgialawyer.com
*Counsel for Plaintiff*