UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONTERIA NAJUDA ROBINSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM SAULS, STEVE SCHRECKENGOST, STEVE O'HARE, KRISTOPHER HUTCHENS, JOSHUA MAUNEY, ERIC HEINZE, CITY OF ATLANTA, FULTON COUNTY, CLAYTON COUNTY, FAYETTE COUNTY SHERIFF BARRY H. BABB, CITY OF EAST POINT, SANTEZ KINDRED, PAMELA J. DOYLE, UNITED STATES OF AMERICA, CITY OF ATLANTA,<br><br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-0131-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of City of Atlanta, Fulton County, Clayton County, Fayette County Sheriff Barry H. Babb, and City of East Point's Motions to dismiss and Pamela Doyle and Eric Heinze's Motion for Judgment on the pleadings, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 3rd day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By:　　s/ D. Barfield
　　　　　　　　　　　　　　　　　　　　D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 3, 2023
Kevin P. Weimer
Clerk of Court

By:　s/ D. Barfield
　　　　Deputy Clerk